■ LILLIAN BLANC et al., Respondents v. MILTON FINKE, Appellant.— No opinion. Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Nolan, JJ., concur.

■ In the Matter of ESTELLE BRODERSON, Appellant, v. EDWIN BRODERSON, Respondent. Ughetta, Acting P. J., Christ, Brennan and Rabin, JJ., concur; Hopkins, J., concurs in the result.